**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue* *414 / 297-1700*
*Milwaukee, WI 53202*

February 26, 2007

The Honorable William E. Callahan
United States District Court

Re: ***United States v. Leoporium Ford***
07CR32

Dear Judge Callahan:

The government is in the process of investigating the numerous properties titled to the proposed surety, Candice Armstrong, the defendant's girlfriend. So far, it appears that Ms. Armstrong is in debt up to her ears, and several of the properties actually have negative equity. The properties proposed as surety are included in the indictment for forfeiture. The government is in the process of placing a *lis pendens* on both of these properties.

The government should be able to respond in detail to the defendant's request to reopen the detention hearing by the end of the week, and would ask that the court delay scheduling a review of the detention order until a review of the government's response.

Very truly yours,

STEPHEN M. BISKUPIC
United States Attorney

ELIZABETH BLACKWOOD
Assistant United States Attorney

EMB/bb

Encl.