# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.　　Deputy Clerk: Brenda

DATE: **March 23, 2007**　　Court Reporter:

CASE NO. **07-CR-32**　　Time Called: 10:15:24

UNITED STATES v. **LEOPORIUM FORD**　　Time Concluded: 11:A'46

PROCEEDING: **BOND HEARING**

UNITED STATES by: **Elizabeth Blackwood**

　　Probation Officer: Jessica

　　Interpreter:

DEFENDANT: **Leoporium Ford**, in person, and by

ATTORNEY: **Dennis Coffey**

---

Court gives background of case
defense stmts to the court - re: properties
Gov'ts stmts to court that deft is
true owner of properties listed in
indictment and are subject to
forfieture

10:21 Candance Armstrong called by deft,
sworn, testified, cross

11:01 Re-direct of witness by defense counsel
defense counsel argument for
parting of the two properties & deft
release on bond

w/ condition of:
- electronic monitoring, etc.

Plouts statements objecting to posting of properties (Third F/dept

defense response to govts stmts

Plouts offer of proof as to evidence in case

defense response to govts offer of proof

Courts stmts before ruling.

Court denies defts motion

Court continue order of detention