UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 07-CR-32

      vs.

LEOPORIUM A. FORD, JR., aka "Leo,"
JAKIM R. JONES, and
JERALD D. PAIGE, aka "Drew," aka "D,"

        Defendants.
_____

## MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE
_____

       The United States of America, by its attorneys, Steven M. Biskupic, United States Attorney for the Eastern District of Wisconsin, and Elizabeth Blackwood, Assistant United States Attorney for said District, hereby moves this Court pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for an order forfeiting to the United States any right, title and interest that the defendants have to property described in the forfeiture notice of the Indictment filed on February 6, 2007, and the Bills of Particulars filed on February 26 and 27, 2007.

       This motion is based on the provisions of Title 21, United States Code, Section 853 and on all proceedings of record in this case. In particular, the defendants, Leoporium A. Ford, Jr., Jakim R. Jones and Jerald D. Paige, pled guilty to Count One of the Indictment, and the defendant, Jakim R. Jones, pled guilty to Count Two of the Indictment. Pursuant to their respective plea agreements, the defendants agreed to forfeit their interests, if any, in the property listed in the forfeiture notice of the Indictment and the Bills of Particulars.

The United States also moves for the dismissal of its claim against the following items listed in the forfeiture notice of the Indictment:

1. Approximately $37,720 in United States currency seized from Jakim Jones on January 25, 2007;

2. Approximately $820 in United States currency seized from Jakim Jones' wallet on January 25, 2007;

3. Approximately $2,400 in United States currency seized from the residence at 2538 North 6th Street, Milwaukee, Wisconsin, on January 4, 2007;

4. Real property located at 2836-38 North Holton Street, Milwaukee, Wisconsin;

5. Real property located at 3171-73 North 44th Street, Milwaukee, Wisconsin;

6. Real property located at 3243 North 21st Street, Milwaukee, Wisconsin;

7. Real property located at 3926 North Sherman Boulevard, Milwaukee, Wisconsin;

8. Real property located at 2773 North 55th Street, Milwaukee, Wisconsin; and

9. Real property located at 3525 North 54th Boulevard, Milwaukee, Wisconsin.

The above listed item numbers (1) and (2) were declared administratively forfeit by the Drug Enforcement Administration on May 30, 2007. Item number (3) was declared administratively forfeit by the Drug Enforcement Administration on June 5, 2007. As to the above listed item numbers (4) through (9), the government has determined that there is insufficient equity in the properties to justify their forfeitures to the United States at this time.

No affidavit or memorandum is submitted in support of this motion.

Dated at Milwaukee, Wisconsin, __24th__ day of __July__, 2007.

                              STEVEN M. BISKUPIC
                              United States Attorney

                By:    s/ELIZABETH M. BLACKWOOD
                              Assistant United States Attorney
                              Elizabeth M. Blackwood Bar Number: 01017831
                              Attorney for Plaintiff
                              Office of the United States Attorney
                              Eastern District of Wisconsin
                              517 East Wisconsin Avenue, Room 530
                              Milwaukee, WI 53202
                              Telephone: (414) 297-1700
                              Fax: (414) 297-1738
                              E-Mail: Elizabeth.Blackwood@usdoj.gov