# NOTICE OF FORFEITURE

Notice is hereby given that on July 25, 2007, in the case of <u>United States v. Leoporium A. Ford, Jr., et al.,</u> Criminal No. 07-CR-32, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Leoporium A. Ford, Jr. in the following property:

1. Approximately $10,000 in United States currency seized from defendant Leoporium A. Ford, Jr., on January 25, 2007.

The foregoing Order having been entered on July 25, 2007, the United States hereby gives notice of its intention to dispose of the property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of the final publication of this notice or within thirty (30) days of his receipt of written notice from the government, whichever is earlier. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the times and circumstances of the petitioner's acquisition of right, title or interest in the property, and any additional facts supporting the petitioner's claim, and the relief sought. A copy of the petition shall be served upon the United States Attorney, 530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.